**APPENDIX F**

# DISCOVERY PLAN WORKSHEET
**Tier I Pre-Settlement Discovery**

Deadline for completion of Rule 26(a) initial disclosures     5/24/19
and HIPAA-complaint records authorizations:

Completion date for Phase I Discovery
As agreed upon by the parties:     6/24/19
(*Reciprocal and agreed upon document production,*
*Defendant is permitted to depose plaintiff in light of representation that she*
*possesses no documents relating to her allegations of times, dates, location and*
*amounts purchased from defendant's three (3) stores.*
*No more than 30 days after Initial Conference*)

Status conference TBD by the court:     _____
(*Generally 15 days post Tier I Discovery*)

**Tier II Discovery and Motion Practice**

Motion to join new parties or amend the pleadings:     7/19/19
(*Presumptively 15 days post status conference*)

First requests for production of documents     8/5/19
and for interrogatories due by:
(*Presumptively 15 days post joining/amending*)

Plaintiff's Motion for Class Certification, including
expert reports (Parties to propose a briefing schedule     11/4/19 opposition
and reply, including expert proceedings related
to the motion, after opening brief is filed)

All fact discovery completed by:     5/1/20
(*Presumptively 3.5 months post first*
*requests for documents/interrogatories*)

Exchange of expert reports completed by:     6/19/20
(*Presumptively 30 days post fact discovery*)

Expert depositions completed by:     7/31/20
(*Presumptively 30 days post expert reports*)

Final date to take first step in dispositive motion practice:     9/4/20
(*Parties are directed to consult the District Judge's*
*individual rules regarding such motion practice.*

102750869.1

*Presumptively 30 days post expert depositions)*

**<u>COMPLETION OF ALL DISCOVERY BY:</u>**                                              <u>9/25/20</u>
*(Note: Presumptively 9 months after Initial Conference.)*

Submission of joint pre-trial order:          <u>30 days after decision on dispositive motions</u>

Final Pre-Trial Conference TBD by the court:          _____

102750869.1