UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SHELBY FRANKLIN, individually on
behalf of herself and all others similarly
situated,

        Plaintiff,

v.

STEW LEONARD'S EAST MEADOW LLC,
STEW LEONARD'S FARMINGDALE LLC,
STEW LEONARD'S YONKERS LLC,
STEW LEONARD'S HOLDINGS, LLC

        Defendants.

---------------------------------------------------------------x

Case No. 2:18-cv-07237-JFB-AYS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated: October 9, 2019

| | |
|---|---|
| *(signature)*<br>Jason Sultzer<br>The Sultzer Law Group, P.C.<br>*Attorney for Plaintiff*<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>Tel: 845.483.7100 | *(signature)* Dennis T. Kearney<br>Dennis T. Kearney<br>Day Pitney, LLP<br>*Attorney for Defendants*<br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973.966.6300 |